1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
     Office of the General Counsel
     Social Security Administration
     6401 Security Blvd.
     Baltimore, MD 21235
     Telephone: (206) 615-2662
     Email: edmund.darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

OVSANA JACQUELINE NAZARIAN,

     Plaintiff,

     v.

KILOLO KIJAKAZI,

Acting Commissioner of Social Security,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 2:23-cv-01725-CKD

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**

     IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

1        On remand, the Commissioner will further develop the record as necessary, offer

2    Plaintiff the opportunity for a new hearing, and issue a new decision.  The parties further

3    request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and

4    against Defendant, reversing the final decision of the Commissioner.

5

6    Dated:  Dec. 12, 2023                    */s/  Francesco P. Benavides,*

7                                         FRANCESCO P. BENAVIDES
     Attorney for Plaintiff

8                                         *Authorized via e-mail on Dec. 12, 2023

9                                         PHILLIP A. TALBERT
     United States Attorney

10                                        MATHEW W. PILE
     Associate General Counsel

11                                        Social Security Administration

12             By:     */s/ Edmund Darcher*

13                                        EDMUND DARCHER
     Special Assistant United States Attorney

14

15                                        Attorneys for Defendant

16

17                                 **ORDER**

18       Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

19   42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

20   **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

21   Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social

22   Security Act, 42 U.S.C. 405(g).

23   Dated:  December 15, 2023

24                                          CAROLYN K. DELANEY

25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28